IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN G. RODRIGUEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>G. D. LEWIS, et al.,<br><br>　　　　Defendants. | No. C 14-01108 HRL (PR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE COMPLETE *IN FORMA PAUPERIS* APPLICATION** |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. Plaintiff has filed an In Forma Pauperis ("IFP") Application which is deficient because it does not include a Certificate of Funds in prisoner's account completed and signed by an authorized officer of the institution. (Docket No. 5.) In the interest of justice, Plaintiff shall be granted an extension of time to file a complete IFP application.

Plaintiff shall file the necessary document to complete his IFP application **no later than twenty-eight (28) days** from the filing date of this order. The Clerk is directed to send a courtesy copy of this order to the trust account office of California State Prison - Sacramento where Plaintiff is located.

The Clerk shall enclose two blank Certificate of Funds with a copy of this order to Plaintiff.

DATED: __4/15/14__  

_____
HOWARD R. LLOYD
United States Magistrate Judge

Order Granting Motion for EOT to File Complete IFP App.
P:\PRO-SE\HRL\CR.14\01108Rodriguez_eot-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

STEVEN G. RODRIGUEZ,

        Plaintiff,

v.

G. D. LEWIS, et al.,

        Defendants.

Case Number: CV14-01108 HRL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __4/16/2014__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steven G. Rodriguez G50058
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671-0066

Dated: __4/16/2014__

P Cromwell, deputy
Richard W. Wieking, Clerk